IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01635–EWN–PAC

SHANGRA-LA JONES, and
JULIE STANTON,

      Plaintiffs,

v.

TIAA-CREF,

      Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

      This matter is before the court on the "Motion to Dismiss Plaintiffs Complaint Without Prejudice" filed September 12, 2005. The court having read the motion to dismiss filed herein, and now being fully advised in the premises, it is

      **ORDERED** that this action be and hereby is DISMISSED, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

      DATED this  13th  day of September, 2005.

      BY THE COURT:

      s/Edward W. Nottingham
      EDWARD W. NOTTINGHAM
      United States District Judge